IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE CAPLE, #165321, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:03-CV-0557-D |
| | ) | WO |
| ARNOLD HOLT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on July 26, 2005 (Doc. 24), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The defendants' motion for summary judgment be and the same is hereby GRANTED.

2. this case be and the same is hereby DISMISSED with prejudice; and

3. the costs of this proceeding be and the same are hereby TAXED against the plaintiff for which let execution issue.

Done this 22nd day of August, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE